# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; IBRAM X. KENDI; AYANNA MAYES; MARY WOOD; T.R., a minor by and through their father and next friend, TODD RUTHERFORD; and J.S., a minor by and through their mother and next friend, AMANDA BRADLEY,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN WEAVER in her official capacity as South Carolina Superintendent of Education; LEXINGTON COUNTY SCHOOL DISTRICT THREE; and SCHOOL DISTRICT FIVE OF LEXINGTON & RICHLAND COUNTIES,<br><br>　　　　　　　　　　　　　　Defendants. | Civil Action No. 3:25-cv-487-SAL<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

　　　　Pursuant to Local Civil Rule 6.01 (D.S.C.), Defendants Ellen Weaver, in her official capacity as South Carolina Superintendent of Education, and Lexington County School District Three (hereinafter, "Defendants'") request a ten-day extension of time in which to file their Motion to Dismiss. Before filing this motion, Defendants' counsel conferred with local counsel for Plaintiffs, who did not anticipate there would be any objection to this motion, but had not yet heard back from Plaintiffs' out-of-state counsel at the time of filing. At present, Defendants' Motion to Dismiss is due on March 10, 2025. If the extension is granted, the new deadline will be March 20, 2025. This deadline has been extended once already by agreement of the parties (*see* ECF No. 11). The extension is requested due to counsel's other filing deadlines and court appearances, some of which were unanticipated, and due to counsel's out-of-state travel for familial medical matters. The requested extension will not prejudice any party or affect any other deadline.

　　　　　　　　　　　　　　　　[*SIGNATURE PAGE ATTACHED*]

4898-3760-1829 v.2

        NELSON MULLINS RILEY & SCARBOROUGH LLP

By: <u>/s Miles E. Coleman</u>
    Miles E. Coleman (Fed. Bar No. 11594)
    E-Mail: miles.coleman@nelsonmullins.com
    William A. Neinast (Fed. Bar No. 13172)
    E-Mail: will.neinast@nelsonmullins,com
    2 W. Washington Street / Suite 400
    Greenville, SC 29601
    (864) 373-2300

*Attorneys for Ellen Weaver, in her official capacity as South Carolina Superintendent of Education, and Lexington County School District Three*

Greenville, South Carolina
March 7, 2025

4898-3760-1829 v.2