IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; IBRAM X. KENDI; AYANNA MAYES; MARY WOOD; T.R., a minor by and through their father and next friend, TODD RUTHERFORD; J.S., a minor by and through their mother and next friend, AMANDA BRADLEY,<br><br>                     Plaintiffs,<br><br>v.<br><br>ELLEN WEAVER in her official capacity as South Carolina Superintendent of Education; SCHOOL DISTRICT FIVE OF LEXINGTON & RICHLAND COUNTIES; and LEXINGTON COUNTY SCHOOL DISTRICT THREE,<br><br>                     Defendants. | Case No. 3:25-cv-487-SAL |

## BRIEFING SCHEDULE

The parties have met and conferred regarding the schedule for the briefing related to the Plaintiffs' Motion for Preliminary Injunction (ECF No. 30) and the Defendants' forthcoming Motions to Dismiss the Amended Complaint. The parties have jointly moved for the following scheduling order for the briefing of those motions:

- Defendants' briefs in opposition to Plaintiffs' Motion for a Preliminary Injunction are due April 18, 2025.

- Plaintiffs' reply in support of their Motion for a Preliminary Injunction is due April 25, 2025.

- Defendants' Motions to Dismiss or responsive pleadings are due April 22, 2025.

- Plaintiffs' opposition to Defendants' Motions to Dismiss is due May 12, 2025.

- Defendants' replies in support of their Motions to Dismiss are due May 19, 2025.

This proposal would extend the current deadline for the foregoing briefs by, in some instances, four days, and, in other instances, by fourteen days. The proposed extensions would not affect other deadlines.

Having reviewed the parties' proposal, the Court finds that good cause exists to adopt it. **IT IS THEREFORE ORDERED** that the parties' Joint Motion for Extension of Time and Proposed Briefing Schedule is **GRANTED**, and the parties' proposed amended schedule is **APPROVED**.

April 7, 2025
Date

s/ Sherri A. Lydon
Hon. Sherri A. Lydon
United States District Judge

2