**Exhibit C**

Code of Laws of South Carolina 1976 Annotated
Title 59. Education
Chapter 25. Teachers
Article 5. Employment and Dismissal (Refs & Annos)

Code 1976 § 59-25-410

§ 59-25-410. Notification of employment for ensuing year; notification of assignment; exceptions; definition.

Currentness

(A) The boards of trustees of the several school districts annually before May first shall decide and notify, in writing, a teacher, as defined in Section 59-1-130, whom the district employs concerning his reemployment for the ensuing year. If the superintendent fails to notify a teacher who has been employed by a school district for a majority of the current school year of his status for the ensuing year, the teacher is considered to be reemployed for the ensuing year and the board shall issue a contract to him as though the board had reemployed him in the usual manner. Notice of the superintendent's recommendation not to renew an employment contract must be given in writing before May first.

(B) On or before August fifteenth, the superintendent, principal, where applicable, or supervisor shall notify the teacher of his tentative assignment for the ensuing school year.

(C) This section does not apply to a teacher whose contract of employment or dismissal is under appeal under Section 59-25-450.

(D) For purposes of this article, "teacher" means an employee possessing a professional certificate issued by the State Department of Education, except an employee working pursuant to a multiyear contract.

**Credits**

HISTORY: 1962 Code § 21-361; 1974 (58) 2343; 1976 Act No. 634 § 1; 1988 Act No. 392, § 1; 2016 Act No. 221 (H.3560), § 1, eff June 3, 2016.

Notes of Decisions (9)

Code 1976 § 59-25-410, SC ST § 59-25-410
Current through 2025 Act No. 1, subject to final approval by the Legislative Council, technical revisions by the Code Commissioner, and publication in the Official Code of Laws.

§ 59-25-410. Notification of employment for ensuing year;..., SC ST § 59-25-410

**End of Document**  © 2025 Thomson Reuters. No claim to original U.S. Government Works.