

Exhibit E

Code of Laws of South Carolina 1976 Annotated
  Title 59. Education
    Chapter 25. Teachers
      Article 5. Employment and Dismissal (Refs & Annos)

Code 1976 § 59-25-430

§ 59-25-430. Dismissal of teachers; grounds; opportunity for hearing; suspension pending resolution of charges.

Currentness

Any teacher may be dismissed at any time who shall fail, or who may be incompetent, to give instruction in accordance with the directions of the superintendent, or who shall otherwise manifest an evident unfitness for teaching; provided, however, that notice and an opportunity shall be afforded for a hearing prior to any dismissal. Evident unfitness for teaching is manifested by conduct such as, but not limited to, the following: persistent neglect of duty, willful violation of rules and regulations of district board of trustees, drunkenness, conviction of a violation of the law of this State or the United States, gross immorality, dishonesty, illegal use, sale or possession of drugs or narcotics.

Notwithstanding the provisions of Section 59-25-450, when any teacher is charged with a violation of the law of this State or the United States which upon conviction may lead to, or be cited as a reason for, dismissal, such teacher may be suspended pending resolution of the charges and receive his usual compensation during the suspension period, such compensation not to exceed the term of his teaching contract. If the teacher is convicted, including pleading guilty or nolo contendere to the charges, he may then be subject to dismissal proceedings. If no conviction results, his suspension shall be terminated.

**Credits**

HISTORY: 1962 Code § 21-363, 1974 (58) 2343; 1976 Act No. 634, § 2.

Notes of Decisions (18)

Code 1976 § 59-25-430, SC ST § 59-25-430
Current through 2025 Act No. 1, subject to final approval by the Legislative Council, technical revisions by the Code Commissioner, and publication in the Official Code of Laws.

End of Document                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.