§ 59-25-440. Written notice to teacher of possible dismissal;..., SC ST § 59-25-440



Code of Laws of South Carolina 1976 Annotated
  Title 59. Education
    Chapter 25. Teachers
      Article 5. Employment and Dismissal (Refs & Annos)

Code 1976 § 59-25-440

§ 59-25-440. Written notice to teacher of possible dismissal; school administrator required to make reasonable effort to assist teacher in corrective measures; reasonable time for improvement required.

Currentness

Whenever a superior, principal, where applicable, or supervisor charged with the supervision of a teacher finds it necessary to admonish a teacher for a reason that he believes may lead to, or be cited as a reason for, dismissal or cause the teacher not to be reemployed he shall: (1) bring the matter in writing to the attention of the teacher involved and make a reasonable effort to assist the teacher to correct whatever appears to be the cause of potential dismissal or failure to be reemployed and, (2) except as provided in Section 59-25-450, allow reasonable time for improvement.

**Credits**

HISTORY: 1962 Code § 21-364; 1974 (58) 2343; 1976 Act No. 634, § 3.

Notes of Decisions (8)

Code 1976 § 59-25-440, SC ST § 59-25-440
Current through 2025 Act No. 1, subject to final approval by the Legislative Council, technical revisions by the Code Commissioner, and publication in the Official Code of Laws.

**End of Document** © 2025 Thomson Reuters. No claim to original U.S. Government Works.

 © 2025 Thomson Reuters. No claim to original U.S. Government Works.