

HALLIGAN MAHONEY & WILLIAMS

HALLIGAN MAHONEY WILLIAMS
SMITH FAWLEY & REAGLE, PA
THE TOWER AT 1301 GERVAIS STREET, SUITE 1400
PO BOX 11367 | COLUMBIA, SC 29211
PH 803.254.4035
HMWLEGAL.COM

WILLIAM F. [BICK] HALLIGAN*
KATHRYN LONG MAHONEY
ALLEN D. SMITH
JOHN M. REAGLE ◊
VERNIE L. WILLIAMS
THOMAS K. BARLOW *◊
ALLISON AIKEN HANNA

CONNIE P. JACKSON
KIMBERLEY KELLEY BLACKBURN
JASMINE ROGERS DRAIN
DWAYNE T. MAZYCK
SUSAN M. FITTIPALDI ▷
MARK C. WATKINS



Exhibit G

August 2, 2023

<u>VIA E-MAIL ONLY</u>
W. Allen Nickles, III
Nickles Law Firm, LLC
17 Creek Manor Lane
Columbia, SC 29206

RE:   School District Five of Lexington and Richland Counties
      Mary Wood

Dear Al:

I am writing in response to your email to me dated July 10, 2023, in which you indicated that you were seeking clarification of certain District policies on behalf of the SCEA, the NEA, Mary Wood and other educators. I appreciate your meeting with the District's Superintendent, Dr. Akil Ross, the District's Chief Human Resources Officer, Dr. Tamara Turner, and me on July 11, 2023 to discuss the issues raised in your email. The District administration appreciates your efforts to work constructively towards the common goal of providing educators with clarification regarding the policies at issue moving forward. As you are aware, since our meeting on July 11, several things have transpired. Hopefully the enclosed documents and information will provide appropriate clarification for the issues you raised.

Initially, you sought clarification with respect to Board policy GBEB (Staff Conduct). The administration has been working on revisions to this policy and intends to submit proposed revisions to Board policy GBEB to the Board at its meeting on Monday, August 21, 2023, for initial discussion. You asked for clarification as to whether Policy GBEB applies to employee off duty speech about matters of public concern. As you are aware, the Board policy would be applied consistent with caselaw on the issue of employee expression, including *Pickering v. Board of Education,* 391 U.S. 563 (1968), *Grutzmacher v. Howard County*, 851 F.3d 332 (4th Cir. 2017), as well as other caselaw addressing employee expression. Additionally, with respect to Ms. Wood's specific situation, it is my understanding that she has spoken publicly about the issues on several occasions and that no actions have been taken against her for doing so.

You also sought clarification with respect to Board policy IB (Academic Freedom) and Board policy IMB (Teaching about Controversial/Sensitive Issues). During the Board meeting on July 17, 2023, Dr. Ross provided guidance regarding Board Policy IB-R during the Superintendent's report and he led the discussion of Policies IB and IMB during the discussion portion of the Board meeting. Among other things, Dr. Ross stressed the importance of parents/guardians addressing at the school level any concerns about a teacher's lessons or

• Retired  ♦ Certified Mediator
◊ Also admitted in North Carolina   □ Also admitted in Georgia   ▷ Also admitted in New Jersey

instruction being taught to their child. Additionally, at the July 17, 2023 meeting, the Board discussed Board policies IB and IMB extensively, and no revisions were proposed by the Board or the administration. At the conclusion of the Board's discussion, Dr. Ross reinforced his commitment to provide the District's administrators and teachers with staff development which will provide appropriate guidance and support concerning the policies, and related issues. The video from the July 17 Board meeting is available on the District's website.

I am also attaching additional documents which provide responsive guidance and information, including several statements the administration has issued regarding the policies, and related issues. Also attached is an email from the District's Chief Academic Officer which: summarizes information that has been added to the employee handbook regarding the policies; references the professional development that was provided regarding these policies during two administrators' meetings during the 2022-23 school year; and describes the professional development that will be provided to administrators on August 2, 2023, regarding these policies and related issues, with the understanding that the principals will then provide professional development for teachers on the policies, and related issues prior to the school year starting. An important aspect of providing the principals with the staff development and guidance on the policies, and related issues, is to enable them to provide consistent guidance and support to teachers in their schools regarding these matters. I have also included a link to the video that was emailed to all staff members on July 27, in which Dr. Ross summarized the discussion of the policies at the July 17 Board meeting and provided staff with appropriate guidance.

I trust this information outlines the guidance that has been provided and will continue to be provided to District administrators and staff. The administration requests that teachers continue to contact their principals directly for their primary guidance regarding these policies and related issues. Their principals may seek clarification, as needed, from the District administration. Thanks again for your constructive approach to the issues and discussion. Please let me know if you have questions.

With kind regards, I am

Sincerely yours,

Kathryn L Mahoney

Kathryn Long Mahoney
*kmahoney@hmwlegal.com*

/drh
Enclosures
c:      Dr. Akil E. Ross, Sr.

It is important to understand that the book, Between the World and Me by Ta-Nehisi Coates is not banned in our school district. I am uncomfortable discussing the specifics of an individual employment matter in the public forum. However, I can discuss the application of the board policies concerning books in School District Five.

Teaching materials may fall into three categories, (1) Library Materials, (2) Instructional Resources, and (3) Supplementary Materials. Each category has its own policy.

Library Materials are found in the school library/media center and are chosen by the librarian. They are governed by Board Policy KEC.

Instructional Resources are materials that support state-approved textbooks and are chosen by a committee. They are governed by Board Policy IJ.

Supplementary Materials are selected by the teacher with the principal's approval for use in his or her classroom. They are governed by Board Policy IJK.

The book in question is supplemental material and not subject to Board Policy IJ or KEC.

The book can be used in accordance with our Academic Freedom policy - IB and Teaching about Controversial/Sensitive Issues policy - IMB. I am committed to providing additional training on how to use books like Between the World and Me. This training will cover how to determine if the material is appropriate for the course and the maturity of the students. We will also provide training to ensure materials are based on state standards and protect the academic freedom of the students. Board Policy IB Academic Freedom states that students develop independent conclusions about sensitive topics after exposure to all sides of an issue.

## Media Statement

Please see the below statement from School District Five:

It is important to understand that the book *Between the World and Me* by Ta-Nehisi Coates is not banned in our school district. The book can be used in accordance with our Academic Freedom policy - IB and Teaching about Controversial/Sensitive Issues policy - IMB. Superintendent Ross is committed to providing additional training on how to use books like *Between the World and Me*. This training will cover how to determine if the material is appropriate for the course and the maturity of the students. District administration will also provide training to ensure materials are based on state standards and protect the academic freedom of the students. Board Policy IB - Academic Freedom states that students develop independent conclusions about sensitive topics after exposure to all sides of an issue.

## District Five students take part in Boys and Girls State programs

Thirty-two Lexington-Richland School District Five students recently participated in a one-week leadership and citizenship training program through The American Legion Department of South Carolina, Palmetto Girls State and Palmetto Boys State.

School District Five students in attendance for Palmetto Girls State June 11-17 included: Ariel Boulware (Irmo High), Taylor Bulwinkle (Chapin High), Cora Dimmler (Chapin High), Destany Doby (Spring Hill High), Abby Edwards (Chapin High), Katelyn Elsasser (Spring Hill High), Meredith Fore (Chapin High), Amelia Hewitt (Irmo High), Katelyn Hill (Chapin High), Stella Jones (Dutch Fork High), Morgan Kinder (Spring Hill High), Kalen Lance (Dutch Fork High), Laura Perla (Chapin High), Emma Grace Thyne (Dutch Fork High) and Fejiro Sainyo (Irmo High).

School District Five students in attendance for Palmetto Boys State June 11-17 included: Joseph Bonavilla (Spring Hill High), Harrison Davis (Chapin High), Andrew Delavalle (Dutch Fork High), Eason Donaldson (Chapin High), Grant

· See **State** on Page 4

## IN OUR SCHOOLS

## Teaching about controversial/sensitive issues

I have often been asked can controversial issues be discussed in schools? Before answering this question, it is important to provide clarity about the implementation of school board policies that address Academic Freedom and Teaching about Controversial/Sensitive Issues.

School District Five of Lexington and Richland Counties is committed to its vision of loving and growing all students as we prepare them to meet the profile of a SC graduate. To accomplish this goal, teachers prepare lessons and activities that are based on the SC State Standards. While teaching these standards, there may be topics that are considered controversial or sensitive. According to Board Policy IMB, teachers should refrain from expressing their personal opinions on controversial topics such as sectarianism, politics, and other sensitive issues. This policy aims to ensure a neutral and unbiased teaching approach.

Our goal is that after being presented with multiple viewpoints surrounding a topic, our students arrive at an independent conclusion about the presented issues and topics. According to Board Policy IB - Academic Freedom, the teacher should not attempt to limit or control the judgements of the students in any way.

In School District Five, we ask our teachers to provide



Ross

students with a variety of viewpoints to ensure fair representation of an issue so that through research and critical analysis, the student can determine their own position on the issue and defend their position with evidence. Under these conditions, our policies protect teachers from censorship or restraint.

There will be times when students or parents disagree with issues discussed in class. The best way to resolve these matters is through communication between the family and the teacher. However, any parent may contact the school principal if needed to discuss the details of a lesson.

Further discussion of Board Policy IB - Academic Freedom, the Academic Freedom Administrative Rule, and Board Policy IMB- Teaching About Controversial/Sensitive Issues will be held at the July 17 Board Meeting.

The question remains: Can controversial issues be discussed in schools? Yes, if the topic is appropriate to the course, if it is appropriate for the maturity of the students, and if the instruction is fair and unbiased, then controversial issues can be discussed in schools.

One of the ultimate goals of education is for our students to become critical thinkers with the ability to develop their own understanding of the world around them.

Dr. Akil E. Ross, Sr.
Superintendent


Carpet COLO
AMERICA'S
Lexington
Hardwood · Laminates
400 Columbia Avenue


PAST, PRES
by joini
Veterans inspirin
For more inform
cff-soar.org or vis
JO
CEL
FREEDOM


Dry, Wet, Land Storage, launch ramps, sandwiches, etc.
Dry storage including pontoons, Tioga & Ski Towers
"Best Gas Prices on the lake" Pay at the Pump 9am-8pm
Jake's Landing
NEAREST MARINA TO LEX. & COLA.  ON BEAUTIFUL LAKE MURRAY
Archie Trawick, Jr. · 359-9268 · jakeslanding.com
220 Jake's Landing Rd., #2 · Lexington
MOST MAJOR CREDIT CARDS ACCEPTED

A business takes up all your time-
**TIME IS MONEY**
*We can help you find more time -*
## M. Wade Miles, P.C.
Certified Public Accountant
144 Leisure Lane
P.O. Box 211038
Columbia, SC 29221  wmiles@milescpa.com


Property Management
PMI PALMETTO
✓ Property Marketing
✓ Tenant Screening
✓ Pet Screening
✓ Property Maintenance
✓ Financial Reporting
www.PM

The Lake
©
Kirk L
John Gr
Designed and
C(


LAKE MURRAY PROPERTIES, INC
803-359-1113



Amee White <awhite@lexrich5.org>

## Policy IB and IMB
1 message

Tina McCaskill <tmccaski@lexrich5.org>                                                       Fri, Jul 28, 2023 at 7:53 AM
To: Akil Ross <aross@lexrich5.org>, Amee White <awhite@lexrich5.org>
Cc: Deborah Miller <dmiller@lexrich5.org>

Good morning! Below you will find information about discussions/professional development around policies IB and IMB:

Both policies were discussed and on the agenda for Principals' meetings on 12/7/22 and 2/15/23. At split plannings it is always a habit to ask if there are any follow up questions based on the information from the Principals' meeting. Neither Mrs. Walters or myself remember any major questions or discussions from these meetings.

Moving forward, I have added a specific mention to these policies to the district staff handbook for the 23-24 school year. Here is the section that was added:
**Instructional Expectations:**
According to Policy IHA, "It is the policy of the board that a basic curriculum is in place to provide for the intellectual growth of students, pre-kindergarten through the 12th year. The curriculum will give all students a basic body of understanding, attitude and knowledge for living in a democracy which acknowledges that learning experiences and achievement may vary according to individual needs. This policy ensures that students have the opportunity to develop intellectual curiosity, critical thinking, problem-solving abilities and aesthetic appreciation during their school years in such a manner that they will be used throughout their lifetime. The curriculum will be based on the South Carolina curriculum standards ensuring preparation for the statewide assessment program." Policy IB, Academic Freedom, outlines the following positions on academic freedom in an effort to protect teachers from any censorship or restraint which might hinder their duty to perform their classroom functions:

- Citizens of our American democracy must be able to listen to all sides of a controversial issue. They must be able to sort out the facts and to arrive at independent conclusions. The schools must expose students to current issues which are within their
    intellectual grasp.
- Teachers will not attempt, directly or indirectly, to limit or control students' judgment concerning any issue. Teachers will make certain that full and fair consideration is given to the subject and that facts are carefully examined as to their accuracy and     interpretation.
- The community has a right to expect that teachers will present controversial issues in a fair and unbiased manner. The community also has a right to communicate concerns regarding these matters through proper channels to the board.
- Teachers will consult with the administration on the appropriateness of discussing any planned controversial issues with students.

Other important policies to understand are Policy IB-R, IMB, IJ, IJOA, IKA, IKA-R, IMDA, IMDC. Please note that this is not an exhaustive list of board policies relating to instructional practices, so ensure that you follow all board policies and if you have questions, talk to your school administration.

At the Nuts and Bolts meeting on August 2, Mr. Guliano and Mrs. Walters will have a break out session about these policies. The presentation will then be shared with schools for it to be shared with all staff during the first few days of teacher attendance.

Please let me know if you need any further clarification from me or if you have ideas of other ways this should be shared.

Thanks!





Tina McCaskill
*Chief of Academics*
School District Five of Lexington & Richland Counties
o: 803.476.8166  e: tmccaski@lexrich5.org
www.lexrich5.org

*"We love and grow our students!"*



Principals and Directors Meeting
December 7, 2022
1:00pm - 3:00pm
The Center

## Agenda
Google Slides

**Superintendent's Office:**     Dr. Ross
1. Welcome
2. Celebrations
3. Flowchart Philosophy
    a. Vision, Mission, **Outcomes**, Feedback
    b. FOCUS Story - Growth
    c. Heart Work Awards
    d. Office of the Inspector General Report
    e. FY 22 Annual Report - Challenges & Opportunities on the Horizon

**Finance Office:**     Mrs. Frick
1. FY2024 Budget Meetings

**Human Resource Office:**     Dr. Wicker
1. Reminder of Calendar for the Holidays

**Communications Office:**     Mrs. Taylor
1. Reminder about Flag and Motto Display

**Operations Office:**     Mr. Weissman
1. Smartboard replacements     Jenny Garris
2. Holiday Shutdown Reminder

**Academics and Administration Office:**     Mrs. Miller
1. Magnet/Choice Update     Sara Wheeler
2. Admin Summit June 14, 2023
3. Policy IB Academic Freedom
4. Academic Vocabulary
    a. Media Specialist to Librarian
    b. Guidance Counselor to School Counselor
    c. ELLs/ELs to MLs (Multilingual Learners)
    d. ESOL to MLP (Multilingual Learner Program) and MLPS (Specialists/Teacher)

**#OurD5Story Sharing**     Mrs. Miller

*\*\*\*Joint PD*

## Policy IB Academic Freedom

Issued 9/11

Purpose: To establish the board's vision for academic freedom in the district.

The board believes that academic freedom is essential to the fulfillment of the purposes of the school system. Board policy must protect teachers from any censorship or restraint which might hinder their duty to perform their classroom functions. The district will maintain an atmosphere of academic freedom in the schools. Therefore, the board sets out the following positions on academic freedom.

- Citizens of our American democracy must be able to listen to all sides of a controversial issue. They must be able to sort out the facts and to arrive at independent conclusions. The schools must expose students to current issues which are within their intellectual grasp.
- Teachers will not attempt, directly or indirectly, to limit or control students' judgement concerning any issue. Teachers will make certain that full and fair consideration is given to the subject and that facts are carefully examined as to their accuracy and interpretation.
- The community has a right to expect that teachers will present controversial issues in a fair and unbiased manner. The community also has a right to communicate concerns regarding these matters through proper channels to the board.
- Teachers will consult with the administration on the appropriateness of discussing any planned controversial issues with students.

Adopted 9/12/11

School District Five of Lexington and Richland Counties



Principals and Directors Meeting
February 15, 2023
1:00pm - 3:00pm
The Center

**Agenda**
Google Slides

**Superintendent's Office:**                                                                 Dr. Ross
1. Welcome
2. Celebrations
3. Flowchart Philosophy
    a. Vision, Mission, Outcomes, Feedback
4. Focused on Growth
5. Five-Year Master Facilities Plan Priorities
    a. The Building Process
    b. Capacity Survey
6. Controversial Conversations in the Classroom (4 Part Test)
    a. Board Policy IB "Academic Freedom"
    b. Board Policy IMB "Teaching about Controversial/Sensitive Issues"
7. How are the Teachers and Staff?

**Student Services and Planning**                                                    Dr. Harris
1. School Improvement Designations                                              Dr. Holden

**Human Resource Office:**                                                              Dr. Turner
1. Unencumbered Time
    a. **Model Policy GCLE**
    b. Model Administrative Rule GCLE-R

**Academics and Administration Office:**                                       Mrs. McCaskill
1. Magnet/Choice Schools Update                                                 Mrs. Wheeler
2. You Be the Judge                                                                          Dr. Slatton
3. Irmo International Festival
    a. Sunday, April 30, 2023 @ Irmo Community Park

**#OurD5Story Sharing**                                                                  Mrs. Taylor

*\*\*\*Split Planning*

## Policy IB Academic Freedom

Issued 9/11

Purpose: To establish the board's vision for academic freedom in the district.

The board believes that academic freedom is essential to the fulfillment of the purposes of the school system. Board policy must protect teachers from any censorship or restraint which might hinder their duty to perform their classroom functions. The district will maintain an atmosphere of academic freedom in the schools. Therefore, the board sets out the following positions on academic freedom.

- Citizens of our American democracy must be able to listen to all sides of a controversial issue. They must be able to sort out the facts and to arrive at independent conclusions. The schools must expose students to current issues which are within their intellectual grasp.
- Teachers will not attempt, directly or indirectly, to limit or control students' judgement concerning any issue. Teachers will make certain that full and fair consideration is given to the subject and that facts are carefully examined as to their accuracy and interpretation.
- The community has a right to expect that teachers will present controversial issues in a fair and unbiased manner. The community also has a right to communicate concerns regarding these matters through proper channels to the board.
- Teachers will consult with the administration on the appropriateness of discussing any planned controversial issues with students.

Adopted 9/12/11

School District Five of Lexington and Richland Counties

## Policy IMB Teaching About Controversial/Sensitive Issues

Issued 6/13

Purpose: To establish the board's vision for teaching about controversial/sensitive issues in district schools.

Education for effective citizenship is a major goal of the district. To achieve this purpose, students should have an opportunity to examine controversial issues within the context of their formal education experiences.

Emotional criticism and the promotion of a cause within the classroom are inappropriate and will not be tolerated. Teachers should guard against giving their personal opinions on sectarian or political questions or any other controversial issues. The teacher's attitude should be that of the true scholar.

Before introducing a controversial topic, a teacher will discuss it with the principal as to these conditions.

- appropriateness to the course
- appropriateness for the maturity of the students
- approach to instruction
- teaching materials to be used

The principal must approve all aspects of the instruction in line with the statements in this policy.

Adopted 3/27/82; Revised 6/17/13

School District Five of Lexington and Richland Counties



# Principals & Directors Meeting

Dr. Akil E. Ross, Sr.
**Superintendent**
School District Five of Lexington and Richland Counties

February 15, 2023



Board Policy IB
Board Policy IMB

# BOARD POLICY IB
## "ACADEMIC FREEDOM"

The board believes that academic freedom is essential to the fulfillment of the purposes of the school system. Board policy must protect teachers from any censorship or restraint which might hinder their duty to perform their classroom functions. The district will maintain an atmosphere of academic freedom in the schools. Therefore, the board sets out the following positions on academic freedom.

- **Citizens of our American democracy must be able to listen to all sides of a controversial issue. They must be able to sort out the facts and to arrive at independent conclusions. The schools must expose students to current issues which are within their intellectual grasp.**

- **Teachers will not attempt, directly or indirectly, to limit or control students' judgement concerning any issue. Teachers will make certain that full and fair consideration is given to the subject and that facts are carefully examined as to their accuracy and interpretation.**

- **The community has a right to expect that teachers will present controversial issues in a fair and unbiased manner. The community also has a right to communicate concerns regarding these matters through proper channels to the board.**

- **Teachers will consult with the administration on the appropriateness of discussing any planned controversial issues with students.**

## BOARD POLICY IMB
## "TEACHING ABOUT CONTROVERSIAL/SENSITIVE ISSUES"

Before introducing a controversial topic, a teacher will discuss it with the principal as to these conditions.

- appropriateness to the course
- appropriateness for the maturity of the students
- approach to instruction
- teaching materials to be used

The principal must approve all aspects of the instruction in line with the statements in this policy.



# "All Students"

We want all students, regardless of identity or status, to feel included and be successful.

Berman, S. (2023, February) Reclaiming the narrative. Pushing back to protect good teaching, important content and students' sense of belonging. School Administrator. Pages 24 -31.