**Exhibit H**

# AR IJL-R Library and Instructional Materials Selection and Adoption

*Issued* **10/24**

**Purpose**

To establish the process for selection and use of library/media center materials.

Materials should be consistent with the district's general educational goals and the educational goals and objectives of each individual school. Consideration should be given for purchase based on the work as a whole and on the basis of the following:

1. The material's academic or educational rigor;
2. The material's educational significance;
3. The material's validity, accuracy, objectivity, currency, and appropriateness
4. The finite availability of library shelf space and whether the space occupied by any particular volume could be better filled by a different volume with greater academic rigor, objectivity, or accuracy, literary or education merit, or quality;
5. The finite availability of instructional time and whether the time occupied teaching or learning any particular material could be better spent on material with greater academic rigor, objectivity, or accuracy, literary or educational merit, or quality.

The school librarian shall use their professional training and expertise to evaluate the existing collection and consult reputable, unbiased, professionally prepared selection aides when selecting materials for the library/media centers.

In no event shall the decision of the school librarian to remove existing instructional material or to reject the proposed addition of new instructional material be based primarily on or motivated by the school librarian's disagreement with or opposition to the viewpoints expressed therein.

The school librarian routinely weeds collections based on accuracy, currency, relevancy, physical condition, circulation, space limitations, and age.

If there is a question of whether a book/material should be removed, maintained or added to the school library due to the criteria set forth above, the following process shall be followed:

- If the school librarian has a book or instructional material that he/she questions the criteria set forth above, he/she will send the title of the book to the lead librarian of their group for additional review.
- The lead librarian will then add this to the agenda at the following Leadership meeting.
- If agreement is determined, then the material may be maintained or added to the library,
- If consensus can not be reached, the material is sent to the Coordinator of Instructional Technology who will evaluate the book/material alongside the Superintendent or his/her designee (Chief of Academics).
- The decision will be made by the Superintendent or his/her designee, the Chief of Academics, whether to maintain/add the book/material or to discard/not purchase the book/material.

A list of all library books and library materials will be easily accessible to parents/guardians or members of the community via access to the district's website.

If a parent/guardian has a complaint about library books/materials, they shall follow the process outlined in policy KEC (Concerns and Complaints about Instructional Materials) and administrative

IJL-R

rule KEC-R (Concerns and Complaints about Instructional Materials).

Adopted 10/7/24

**School District Five of Lexington and Richland Counties**