

## Policy KEC Library/Media Center Materials Selection and Reconsideration

*Issued* **10/24**

The board recognizes its responsibility in the selection and provision of instructional materials. Any parent/legal guardian of any student who attends a school in the district and who has made a good faith effort to address their concerns with school level or district staff regarding noncompliance with the standards adopted by the State Board of Education and policy IJL (Library and Instructional Materials Selection and Adoption) may file a complaint to seek review of specifically identified existing instructional material(s). The complaint may request that the material(s) be discontinued for any age or grade level; and/or removed from all district schools; and/or require parental consent for some or all grade levels or age groups according to procedures outlined in State Board of Education regulations.

The complainant must submit criticism of books or other instructional materials in writing to the board through the superintendent using form KEC-E, *South Carolina Instructional Materials Uniform Parent Complaint Form*. The complaint form will be posted on the district website. The complainant can file up to five complaints per calendar month.

The board directs that any challenged materials remain in the school pending final action upon the complaint. However, the school may observe the request of a parent/legal guardian that his/her own child not be assigned a specific book. When such a request is presented, the teacher and/or principal should resolve the situation, perhaps by arranging for use of alternative resources meeting essentially the same instructional purpose. This does not apply, however, to basic program texts and resources that the board has adopted.

### Appeals

The complainant may appeal the decision of the board in writing to the State Board of Education within 30 days of the board's decision. The procedure for appeals will follow the guidelines established by the State Board of Education regulations.

Adopted 3/17/15; Revised 6/7/82, 4/16/90, 9/23/13, 6/13/22, 10/7/24

Legal References:

> S.C. Code of Laws, 1976, as amended:
>
>> Section 59-19-90(7) - The board of trustees shall control the educational interests of the district.
>
> Federal Cases:
>
>> *Board of Education v. Pico*, 457 U.S. 853 (1982).
>
> S.C. State Board of Education Regulations:
>
>> R 43-170-Uniform Procedure for Selection or Reconsideration of Instructional Materials

**School District Five of Lexington and Richland Counties**