## AR KEC-R Library/Media Center Materials Reconsideration Process

*Issued* **10/24**

**Exhibit J**

### Complaint Procedures

Using the South Carolina Instructional Materials Uniform Parent Complaint Form (KEC-E), the complainant will identify, with specificity, those existing instructional materials that the complainant requests be removed entirely from district schools or discontinued for any grade level or age group, or which should be subject to a requirement of parental consent for some or all grade levels or age groups. The complainant's petition will affirm that the complainant has read, watched, or otherwise reviewed the challenged material and will specify the reason(s) for the complainant's request and why the complainant believes the identified materials should be removed from district schools entirely or should be discontinued for any grade level or age group or which should be subject to a requirement of parental consent for some or all grade levels or age groups.

The complainant will further verify that he/she has made a good faith effort to address their concerns regarding noncompliance with the regulations outlined in the standards adopted by the State Board of Education and policy IJL (Library and Instructional Materials Selection and Adoption) with school or district staff.

Any complaint filed must be based solely on the criteria outlined in policies IJ (Instructional Resources and Materials) and IJL (Library and Instructional Materials Selection and Adoption).

### *Review by the board*

Within 90 days of receiving a complaint, the board will hold a public meeting to consider the complaint and vote to grant or deny, in whole or in part, the relief requested by the complainant. The public meeting will be held in accordance with the requirements of the South Carolina Freedom of Information Act (FOIA). The complainant and other interested parties will be allowed to appear and present information in support of or in opposition to the relief requested in the complaint. The presentation of information will follow standing board policies regarding public participation at board meetings.

If the district board finds that existing instructional materials identified in a complaint do not satisfy the requirements of this regulation, the district board shall remove entirely or discontinue use of the materials for any grade level or age group for which such use is inappropriate or unsuitable or will make such materials available to students only upon receipt of the consent of a student's parent/legal guardian. The board will announce its decision and will provide an explanation for its conclusion and decision orally at the public meeting. The board's decision will be made publicly available within 15 days of the meeting. The decision will include an explanation of how the board applied and complied with the criteria and requirements outlined in state board regulation and board policy.

### *Evaluating committee*

The board may establish a committee to review all complaints. The committee will be comprised of at least three members of the board. The committee will review all complaints and the challenged material and provide a report and recommendation to the entire board for consideration.

Should a committee recommend the removal of material, the committee's final report must demonstrate that its decision was not motivated by a desire to deny students access to ideas that committee members personally find to be repugnant. Such an intention would violate Constitutional standards.

The committee report and recommendation, reflecting the majority opinion, will be given to the entire board at the conclusion of the committee's discussion on the questioned materials. The board will adopt or reject the recommendation at a regularly scheduled board meeting, which must occur within 90 days of receiving the complaint.

Suggested format or outline for report from evaluating committee

- list of committee members and their positions
- statement ensuring that each committee member read the material in its entirety
- list of review source(s) consulted
- statement of majority opinion
- committee's final decision

Issued 6/7/82; Revised 8/15/82, 4/16/90, 9/23/13, 11/14/22, 8/5/24, 10/7/24

**School District Five of Lexington and Richland Counties**

KEC-R