



**Exhibit K**

Minutes/February 10, 2025

The Board of Trustees of School District Five of Lexington and Richland Counties met at the Center for Advanced Technical Studies with the following members present:

> Mrs. Elizabeth Barnhardt
> Mr. Jason Baynham
> Dr. Scott Herring, Secretary (Virtual)
> Mrs. Catherine Huddle
> Mr. Mike Satterfield
> Mr. Kevin Scully, Vice-Chair
> Mrs. Kimberly Snipes, Chair
> Dr. Akil E. Ross, Sr., Superintendent

The following staff were in attendance:

> Dr. Michael Harris, Chief of Student Services and Planning Officer
> Mrs. Tina McCaskill, Chief Academics Officer
> Mrs. Amanda Taylor, Director of Communications
> Mrs. Heather Tucker, Chief Financial Officer
> Dr. Tamara Turner, Chief Human Resources Officer
> Mr. Allen Knotts, Director of Facilities Operations

Chair Snipes called the regular meeting to order at 7:00 p.m. and gave welcoming remarks.

Elizabeth Barnhardt, Board of Trustees, gave the Invocation and Pledge of Allegiance.

The Board conducted the School Board Spotlight

During the Superintendent's Report, Dr. Ross shared updates on the district's FOCUS Strategic Plan and parent and student advisory priorities. Additionally, Mr. Mark Smyers, executive director of the Irmo Chapin Recreation Commission, provided an update on the Lower Saluda Greenway Project.

During the public participation, Kim Murphy spoke about the Board's approval of school programs and schematic drawings.

### The Board presented for discussion:

- Discussion of proposed revisions to Board Policy DKA "Payroll Procedures/Schedules" (Exhibit G)
- Discussion of Proposed Revisions to Board Policy DKC "Expense Authorization Reimbursement" (Exhibit H)
- Bond Referendum Procurement and Design Timeline

### The Board presented for information:

- Board Workshop, February 28, 2025, Saluda Shoals Park/River Center

A = Absent
AB = Abstain
N = No
X = Yes
R = Recuse

**Record of Voting**

| SCHOOL DISTRICT FIVE OF LEXINGTON AND RICHLAND COUNTIES — Meeting of February 10, 2025 | BARNHARDT | BAYNHAM | HERRING | HUDDLE | SATTERFIELD | SCULLY | SNIPES |
|---|---|---|---|---|---|---|---|
| **1.**  M.  Scully           S.  Huddle<br><br>I make the motion that we approve the Agenda.<br><br>M.  Huddle          S.  Barnhardt<br><br>I would like to make a motion to amend the agenda for clarification to add the case numbers under item 3(d) which are: GL-036699, GL-035544, 2023CP4000879, GL-040060, 2021CP4003694, 3:23-CV-02156-MGL, 2022LP4000430, 2022CP3201586, 2023-CP-32-04095, OCR 11-24-1663, OCR 11-22-1579, OCR 11-24-1763, 3:25-CV-487-SAL, GL-039036 and two threatened litigations involving minor students. | X | X | X | X | X | AB | X |
| **VOTE ON ORIGINAL MOTION** | X | X | X | X | X | X | X |
| **2.**  M.  Huddle          S.  Barnhardt<br><br>I make the motion to enter executive session to consider the following: a.) Selected employment items (Exhibit A) (Action); b.) Selected employment items (Exhibit B) (Information Only); c.) Contractual matter regarding A&E services for renovation of Dutch Fork Elementary School to Richlex Education Center per Exhibit C, and legal advice regarding active lawsuits per Exhibit D and as enumerated on the agenda. | X | X | X | X | X | X | X |
| **3.**  M.  Scully           S.  Barnhardt<br><br>I move that the Board approve the minutes of the January 27, 2025, board meeting. | X | X | X | X | X | X | X |

A = Absent
AB = Abstain
N = No
X = Yes
R = Recuse

| | | | B A R N H A R D T | B A Y N H A M | H E R R I N G | H U D D L E | S A T T E R F I E L D | S C U L L Y | S N I P E S |
|---|---|---|:-:|:-:|:-:|:-:|:-:|:-:|:-:|
| | | **SCHOOL DISTRICT FIVE**<br>**OF**<br>**LEXINGTON AND RICHLAND COUNTIES**<br><br>Meeting of February 10, 2025 | | | | | | | |
| 4. | M. Huddle          S. Barnhardt<br><br>I move that the Board approve the selected employment items as shown in Exhibit A. | | X | X | X | X | X | A | X |
| 5. | M. Huddle          S. Barnhardt<br><br>I move that the Board approve the contract for design and renovations to Dutch Fork Elementary School to CPL Architects. (Exhibit C) | | X | X | X | X | X | X | X |
| 6. | M. Scully          S. Satterfield<br><br>I move that the Board approve the proposed 2025-2026 board meeting schedule as presented in Exhibit E.<br><br>M. Huddle          S.<br><br>I would like to amend the motion to leave the time of the meeting to officers when they set the agenda (between 6:00 and 7:00 p.m.) Motion failed – no second received. | | N | N | X | N | X | X | X |
| 7. | M. Scully          S. Barnhardt<br><br>I make a motion that the Board approve the Locally Board Approved Course: African American Studies, Honors (Exhibit F). | | X | X | X | X | X | X | X |
| 8. | M. Scully          S. Barnhardt<br><br>Adjourn at 8:35 p.m. | | X | X | X | X | X | X | X |
| | Board Chair, Mrs. Kimberly Snipes, requested that the attached statement from Trustee Satterfield be attached to the February 10, 2025 minutes. | | | | | | | | |

A = Absent
AB = Abstain
N = No
X = Yes
R = Recuse

Pursuant to South Carolina Code section 8-13-700(B)(4), Chair Snipes requested that the following statement from Trustee Satterfield be added to the minutes:

> After seeking advice from the State Ethics Committee regarding my involvement in the matter concerning the recent lawsuit filed by the NAACP against Ellen Weaver, School District 3, and School District 5, in which my daughter, Mary Wood is also named as a plaintiff, I have been advised to recuse myself from any involvement in this matter.
>
> SC laws that address public officials in such matters are as follows:
>
> Section 8-13-700
>
> Section 8-13-100 (11)
>
> Section 8-13-100 (15)
>
> While I have been advised to (physically) remove myself from any executive session discussions, I was told it was not required during public session.
>
> However, it is required that a statement such as this be added to the minutes if there is a discussion either during executive or public session.
>
> I am respectfully requesting this statement be added to the minutes when appropriate.

Attachment _#1_, _pg. 1_ is included with the minutes of the _1_ _2-10-25_ meeting, at the request of Board member _Kimberly Snipes_ pursuant to South Carolina Code Ann. Section 30-4-90(a)(4) and Board Policy BEDG. The Board majority did not approve, disapprove, or otherwise act upon the contents of this attachment.



EXHIBIT F

## MEMORANDUM

To:        Members of the Board of Trustees

Through:   Dr. Akil E. Ross, Sr.
           Superintendent

From:      Tina McCaskill
           Chief Academic Officer

Date:      February 5, 2025

Re:        February 10, 2025 Board Meeting
           Action Item
           Locally Board Approved Course – African American Studies, Honors

---

**Item:** Locally Board Approved Course – African American Studies, Honors

**Background:** African American History is a locally board approved course that has been offered in Lexington Richland School District 5 for at least the past fifteen years.  The course is currently being taught at Irmo High School and Dutch Fork High School.  In December, teachers from Irmo and Dutch Fork High School participated in curriculum writing to update the course title and description to African American Studies Honors, the curriculum now includes local history.  The course was also amended to an Honors level course.  Teachers worked to complete the required South Carolina Department of Education Honors Framework application which must be reviewed and signed by the teachers, principals, district superintendent, and the Chairperson of our Board of Trustees.

There are no state adopted instructional materials for this course.  We are currently exploring two possible high school edition textbooks.  If district funding is available, we would go through our district textbook adoption process which includes principals, teachers, and parents.  The committee's selection would then be brought to School District Five of Lexington and Richland Counties Board of Trustees for approval.  The approximate amount for the textbooks is $15,000 to include hard copy student editions and a 6 year digital license for online student access.

**Recommendation:** The administration recommends the Board of Trustees approve of the African American Studies, Honors Course.

**Attachments:** African American Studies Honors Framework and Curriculum Guide

# African American Studies
# Honors Framework

## COURSE CONTENT

### Teacher Names:
- Karen McMillan (DFHS) and Constance Johnson (IHS)

### Course Title:
- African American Studies Honors

**Course Description:** This course will provide an overview of African American experiences in order to broaden students' understanding of culture and history. Units of study will include ancient African kingdoms, the transatlantic slave trade, the development of slavery, the experiences of free and enslaved Africans, the abolitionist movement, emancipation, the varied responses of African Americans to discrimination and the civil rights movement, and African Americans in modern America. Students will examine primary source documents, literature, music, film, and visual arts. Students will be expected to participate in classroom discussions, conduct research, deliver oral presentations, and write argumentative historical essays.

## COURSE CONTENT EVIDENCE

**Rationale for Course Development:** The development of this honors course is a direct response to meeting the needs and requests of our students and school community. There was also interest in providing a challenging curriculum for this course.

## Curriculum Guide (Pacing, Syllabus, and Scope and Sequence)

### Student Work Data:
- These will be collected during the first year the course will be offered in 2025-2026.

I.    *Course Content*

1. How has the course content been adapted for advanced learners?

The Honors course extends beyond typical CP coursework. There are no state adopted standards for African American Studies; however, the course aligns and extends beyond

the Profile of the South Carolina Graduate. Throughout the course, students are required to think critically and problem solve at an advanced level rather than memorize facts. Lessons and activities include tasks that require students to be actively engaged in the learning process and support mastery and depth of learning appropriate for advanced learners. Multiple research-based sources are used to increase the complexity of the content. Lessons are focused on engaging students in critical inquiry to build understanding of complex themes and issues within and across disciplines. Ongoing formative assessments are utilized to guide instruction so that the pace of instruction is appropriate for advanced learners. Students are given time to reflect and construct meaning through open-ended tasks that encourage exploration, collaboration, and discourse with peers. Students use a variety of media and techniques to create original products that demonstrate an in-depth mastery of content. Students engage in self-evaluation of products as part of the metacognitive process.

## 2. How does the honors level curriculum extend personalized student learning and allow for an environment in which students are self-directed and take ownership of their learning?

- Personalized student learning is extended through the utilization of a student-led research project on topics of interest, student-oriented project-based learning, peer collaboration and evaluation.
- Student reflection and self-assessment are incorporated into the assessment process.
- Research topics and scope are student-initiated.
- Students are given opportunities to develop competencies of personalized learning by using sources appropriately, reading critically, investigating through inquiry, and engaging as a productive citizen.

Advanced student coursework will include three skills which students will be doing throughout the course in order to demonstrate mastery. These skills include:

- Applying disciplinary knowledge:
  - Students will explain course abstract concepts, developments, patterns, and processes.
- Source analysis
  - Students will explore, analyze, and evaluate written and visual sources and data to detect bias and weigh evidence.
- Argumentation
  - Students will develop an argument using evidence to develop and answer questions and communicate conclusions to connect claims and evidence.

### 3. Is there Honors Level Course Content Evidence?

- The course syllabus includes the unit names as well as the corresponding unit topics which are differentiated through content, process, and product to meet the needs of high ability learners.. The units are organized around abstract conceptual themes which requires students to make interdisciplinary connections using higher order reasoning and inquiry skills.

### Evidence for the Honors Level Course includes:
- Rationale for course development
- Alignment to the skills and habits of mind used by practitioners of the discipline
- Course Outline and Plan
- Student work, interest surveys, and data (trend, longitudinal, SLO, etc.)

| ADMINISTRATION USE ONLY: COURSE CONTENT | MET | NOT MET |
|---|---|---|
| 1. ADAPTED AND DIFFERENTIATED | TMc | |
| 2. ALIGNMENT TO SOUTH CAROLINA STATE STANDARDS | *There are no state standards for this course but this course goes beyond the competencies of the Profile of SC Graduate | |
| 3. EVIDENCE OF EXTENSIONS AND ENRICHMENT | TMc | |

## INSTRUCTIONAL METHODS AND MATERIALS

### II. Instructional Methods and Materials

#### 1. What instructional methods and materials will be used?

- Use of various types of technology tools to enhance their learning in the course
- Adaptive digital content through the student choice project
- Targeted, differentiated small group investigations as well as individualized instruction
- Scaffolding to assist with the successful creation of a student-initiated research project
- Higher level questioning and responses beyond memorization of facts including higher level multiple choice questions, short answer questions with evidence, and document based questions
- Authentic assessment and products
- Student-initiated, independent  project
- Textbook  (pending district textbook adoption process and board approval)
- Additional materials  including a variety of academic sources, both primary and secondary, will be utilized following D5's policies regarding supplemental resources. (Policy IJK Supplementary Materials Selection and Adoption and AR IJK-R Supplementary Materials Selection and Adoption)

Differentiation resulting in depth and complexity appropriate for advanced learners may include, but is not limited to:

- Student-initiated research through the student selected project
- Student collaboration and engagement
  -Socratic Seminars and debates to encourage intellectual discourse
  - Discussion Groups
- Project-based learning (individual and collaborative groups)
- Problem-solving and critical thinking
  -Cross Referencing and Multiple Source analysis
  -Development of a claim or argument using evidence
- Seminar methods to include the incorporation of writing,
  -Writing seminars on document-based questions
- Connections to world-class skills, characteristics, context, creativity, and innovation.
- Skill based learning- applying disciplinary knowledge, source analysis, and argumentation

2. Honors Level Course Instructional Methods & Materials Evidence:
- Rationale for instructional methods and materials
- Instructional materials and methods
- Sample units, lessons, and assignments (Documentation of these items will be collected during the 2025-2026 school year.)
- Student work samples will be collected during the 2025-2026 school year.
- Anecdotal data will be collected throughout the course in the 2025-2026 school year.

| ADMINISTRATION USE ONLY: INSTRUCTIONAL METHODS AND MATERIALS | MET | NOT MET |
|---|---|---|
| 1. ACCEPTABLE METHODS AND MATERIALS | TMc | |
| 2. HONORS LEVEL COURSE EVIDENCE | Evidence will be collected in the 2025 - 2026 school year. TMc | |

## ASSESSMENT
*III. Assessment*

### 1. How is the Honors Level Course Assessed?

**Formative Assessments**: Various assignments including , but not limited to,
- Test Question Creation
- Socratic Seminars
- Student-initiated research
- Free Response Question (FRQ)
- Article Reviews - Current and Past
- Project-based learning

**Summative Assessments:** Various assignments including , but not limited to,
- Unit Exams will include:
  - Multiple Choice Questions (MCQ)
  - Document Based Questions (DBQ)
  - Short answer response requiring evidence
- Examination and Analysis of Primary Sources

- Multimedia Presentations
- Oral Presentations

## 2. Honors Level Course Assessment Evidence:

- Rationale for assessment practices- Formative and summative assessments will be used throughout the course to monitor student progress. Assessments will be beyond DOK Level 1 and will include the skills of the course (applying disciplinary knowledge, source analysis, and argumentation). Item types will include higher level thinking multiple choice questions, short answer evidence based writing questions along with document based questions. The student choice project will require students to complete their own research and argue a claim with evidence.
- Assessment tools (rubrics and/or scoring guides and formative and summative assessments when applicable) Rubric will be created for student choice project
- Assessment samples (pre-assessment, description of formative assessment, and summative assessment when applicable);- Assessment samples will be collected during the 2025-2026 school year
- Student self- and peer-assessments.

| ADMINISTRATION USE ONLY: ASSESSMENT | MET | NOT MET |
|---|---|---|
| 1. HONORS ASSESSMENTS (ALIGNED TO HONORS CURRICULUM) | TMc | |
| 2. HONORS LEVEL COURSE EVIDENCE | Evidence will be collected in the 2025-2026 school year.  TMc | |

**South Carolina Honors Level Course Checklist**

| MUST INCLUDE: | INCLUDED |
|---|---|
| TEACHER NAMES | TMc |
| COURSE TITLE | TMc |
| COURSE DESCRIPTION | TMc |
| DOCUMENT OF LOCAL APPROVAL | TMc |

| Course Content Evidence<br>MUST INCLUDE: | INCLUDED |
|---|---|
| RATIONALE FOR COURSE DEVELOPMENT | TMc |
| ALIGNMENT TO SOUTH CAROLINA STATE STANDARDS (COMPILATION OF STANDARDS IF NECESSARY) | *there are no state standards |
| CURRICULUM GUIDE (PACING, SYLLABUS, AND SCOPE AND SEQUENCE) | **Linked above** |
| STUDENT WORK DATA | *these will be collected during the first year the course will be offered 2025-2026 |

| **Instructional Methods and Materials Evidence MUST INCLUDE:** | **INCLUDED** |
|---|---|
| RATIONALE FOR METHODS AND MATERIALS | **TMc** |
| INSTRUCTIONAL MATERIALS AND METHODS | **TMc** |
| SAMPLE UNITS OF STUDY, LESSONS, AND ASSIGNMENTS | *these will be collected during the first year the course will be offered 2025-2026 |
| STUDENT WORK SAMPLES | *these will be collected during the first year the course will be offered 2025-2026 |
| ANECDOTAL DATA | *these will be collected during the first year the course will be offered 2025-2026 |

| **Assessment Evidence MUST INCLUDE** | **INCLUDED** |
|---|---|
| RATIONALE FOR ASSESSMENT PRACTICES | TMc |
| ASSESSMENT TOOLS | TMc |
| ASSESSMENT SAMPLES (PRE-ASSESSMENT, FORMATIVE ASSESSMENT, AND SUMMATIVE ASSESSMENT | *these will be collected during the first year the course will be offered 2025-2026 |

**REQUIRED SIGNATURE/TITLE**

I. _Jerimah McMillan_   Constance Johnson  2/5/25
   Teacher                                          Date

II. _____    2/5/25
    Principal                                        Date

III. _____   _____
     District Superintendent                         Date

IV. _____    _____
    Chairperson of Board of Education                Date



# African American Studies Honors Syllabus

**Course Description**: This course will provide an overview of African American experiences in order to broaden students' understanding of culture and history. Units of study will include ancient African kingdoms, the transatlantic slave trade, the development of slavery, the experiences of free and enslaved Africans, the abolitionist movement, emancipation, the varied responses of African Americans to discrimination and the civil rights movement, and African Americans in modern America. Studies will examine primary source documents, literature, music, film and visual arts. Students will be expected to participate in classroom discussions, conduct research, deliver oral presentations and write argumentative historical essays.

## Course Goals:

Throughout this course, students will learn to:

- Apply lenses from multiple disciplines to evaluate key concepts, historical developments, and processes that have shaped Black experiences and debates within the field of African American Studies.
- Identify the intersections of race, gender, and class, as well as connections between Black communities, in the United States and the broader African diaspora in the past and present.
- Analyze perspectives in text-based, data, and visual sources to develop well-supported arguments applied to real-world problems.
- Demonstrate understanding of the diversity, strength, and complexity of African societies and their global connections before the emergence of transatlantic slavery.
- Evaluate the political, historical, aesthetic, and transnational contexts of major social movements, including their past, present, and future implications.

- Develop a broad understanding of the many strategies African American communities have employed to represent themselves authentically, promote advancement, and combat the effects of inequality and systemic marginalization locally and abroad.

- Identify major themes that inform literary and artistic traditions of the African diaspora.

- Describe the formalization of African American Studies and new directions in the field as part of ongoing efforts to articulate black experiences and perspectives and create a more just and inclusive future.

- Interpret African American experiences through the lens of local and district history and events.

**Alignment with the Profile of the South Carolina Graduate Skill Based Learning:**

| Skill Category 1: Applying Disciplinary Knowledge | Skill Category 2: Source Analysis | Skill Category 3: Argumentation |
|---|---|---|
| **Explain course concepts, developments, patterns, and processes (e.g., cultural, historical, political, social).**<br><br>• Identify and explain course concepts, developments, and processes.<br>• Identify and explain the context of a specific event, development, or process.<br>• Identify and explain patterns, connections, or other relationships (causation, changes, continuities, comparison).<br>• Explain how course concepts, developments, and processes relate to the discipline of African American Studies. | **Evaluate written and visual sources and data (including historical documents, literary texts, music lyrics, works of art, material culture, maps, tables, charts, graphs, and surveys).**<br><br>• Identify and explain a source's claim(s), evidence, and reasoning.<br>• Describe a source's perspective, purpose, context, and audience.<br>• Explain the significance of a source's perspective, purpose, context, and audience.<br>• Describe and draw conclusions from patterns, trends, and limitations in data, making connections to relevant course content. | **Develop an argument using a line of reasoning to connect claims and evidence.**<br><br>• Formulate a defensible claim.<br>• Support a claim or argument using specific and relevant evidence.<br>• Strategically select sources – evaluating the credibility of the evidence they present – to effectively support a claim.<br>• Select and consistently apply an appropriate citation style.<br>• Use a line of reasoning to develop a well-supported argument. |

**Textbook Resource:**

- pending district textbook adoption process and board approval

**Additional Resources:**

- Additional materials including a variety of academic sources, both primary and secondary, will be utilized following D5's policies regarding supplemental resources. (Policy IJK Supplementary Materials Selection and Adoption and AR IJK-R Supplementary Materials Selection and Adoption)

**Assessments:**

Students have different types of assessments to monitor learning throughout the year. Formative assessments may include daily activities, vocabulary, reading quizzes, socratic seminars, student-initiated research, and free response questions. Summative assessments include major projects, end of unit multiple-choice assessment, and/ or FRQ assessment.

- This class will have a Midterm Exam worth 20% of semester one grade. Cumulative Final Exam that will be 20% of year grade.

- This class will culminate with an end of course project.

**Course Outline and Curriculum Plan**

*the pacing below is based on an A/B year long schedule

**First Semester**

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| Unit 1: Origins of the African Diaspora: 3000 BCE-16th Century | 5 weeks/ 90 minutes | • What is African American Studies<br>• African Continent: A Varied Landscape<br>• Population Growth and Ethnolinguistic Diversity<br>• Africa's Ancient Societies<br>• Sudanic Empires: Ghana, Mali, and Songhi<br>• Learning Traditions<br>• Indigenous Cosmologies and Religious Syncretism<br>• Culture and Trade in Southern and East Africa<br>• West Central Africa: The Kingdom of Kongo<br>• Kinship and Political Leadership<br>• Global Africans | | **Formative Assessments:** Various assignments including , but not limited to, ...<br>• Test Question Creation<br>• Socratic Seminars<br>• Student-initiated research<br>• Free Response Question (FRQ)<br>• Article Reviews- Current & Past<br>• Project-based learning<br><br>**Summative Assessments:** Various assignments including , but not limited to, ... |

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| | | | | • Unit Exam will include: Multiple Choice Questions (MCQ) Document Based Questions (DBQ)<br>• Examination and Analysis of Primary Sources<br>• Multimedia Presentations<br>• Oral Presentations |
| Unit 2: Freedom, Enslavement, and Resistance: 16th century-1865 | 8 Weeks, 90 min Year A/B Block | • African Explorers in the Americas<br>• Departure Zones in Africa and the Slave Trade to the United States<br>• Capture and the Impact of the Slave Trade on West African Societies<br>• African Resistance on Slave Ships and the Antislavery Movement | *Forced Migration of Africans to South Carolina | Formative Assessments: Various assignments including , but not limited to, ....<br>• Test Question Creation<br>• Socratic Seminars<br>• Student-initiated research<br>• Free Response Question (FRQ)<br>• Article Reviews-Current & Past<br>• Project-based learning |

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| | | • Slave Auctions and the Domestic Slave Trade<br>• Slavery and American Labor, Culture, and Economy<br><br>• Slavery and American Law: Slave Codes and Slavery and Landmark Cases<br>• Social Construction of Race and the Reproduction of Status<br>• Creating African American Culture<br>• Black Pride, Identity, and the Question of Naming<br>• Stono Rebellion and Fort Mose<br>• Legacies of the Haitian Revolution<br>• Black Political Thought, Resistance, and Revolts in the United States<br>• Freedom, Women's Rights, and Education | *Enslaved and Free African American experiences in South Carolina<br>*Rice culture and African Influence<br><br><br>*African cultural influence in South Carolina<br><br>*Resistance in South Carolina | **Summative Assessments:** Various assignments including , but not limited to, …<br>• Unit Exam will include:<br>• Multiple Choice Questions (MCQ)<br>• Document Based Questions (DBQ)<br>• Examination and Analysis of Primary Sources<br>• Multimedia Presentations<br>• Oral Presentations<br>• Cumulative Midterm Exam |

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| | | <ul><li>Maroon Societies and Autonomous Black Communities</li><li>Diasporic Connections:</li><li>Slavery and Freedom in Brazil</li><li>African Americans in Indigenous Territory</li><li>Emigration, Colonization, and Belonging in America</li><li>Abolitionism and the Underground Railroad</li><li>Legacies of Resistance in African American Art and Photography</li><li>Resistance in Slave Narratives</li><li>Civil War and Black Communities</li><li>Commemorating the Ongoing Struggle for Freedom</li></ul> | *Enslaved and Free African American experiences in South Carolina during the Civil War<br><br>*SC battle of Ft. Wagner (54th Mass) | |

**2nd Semester**

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| **Unit 3:**<br>**The Practice of**<br>**Freedom: 1865-**<br>**1940s** | 5 Weeks, 90 min Year A/B Block | • Reconstruction Amendments<br>• Social Life: Reuniting Black Families<br>• Black Codes, Land, and Labor<br>• Defeat of Reconstruction<br>• Disenfranchisement and Jim Crow Laws<br><br>• Violence and the Red Summer<br>• Color Line and Double Consciousness in American Society | *Free African American experiences in South Carolina during Reconstruction<br><br>*African American experiences in South Carolina during Jim Crow.<br><br>*SC Black Codes Lexington and Richland County-Rosenwald Schools<br><br>*African American experiences in South Carolina during World War I | **Formative Assessments:** Various assignments including, but not limited to, ....<br>  • Test Question Creation<br>  • Socratic Seminars<br>  • Student-initiated research<br>  • Free Response Question (FRQ)<br>  • Article Reviews-Current & Past<br>  • Project-based learning |

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| | | <ul><li>Black Women's Rights and Leadership</li><li>Black Organizations and Institutions</li><li>HBCUs and Black Education</li><li>New Negro Movement and the Harlem Renaissance</li><li>Photography and Social Change</li><li>Envisioning Africa in Harlem</li><li>Black Performance in Music, Theater, and Film</li><li>Black History Education and African American Studies</li><li>The Great Migration</li><li>Afro-Caribbean Migration</li></ul> | *SC HBCU's<br><br>*A True Likeness: The Black South of Richard Samuel Roberts 1920-1936*<br><br>*Great Migration effects on SC | **Summative Assessments:**<ul><li>Unit Exam will include:</li><li>Multiple Choice Questions (MCQ)</li><li>Document Based Questions (DBQ)</li><li>Examination and Analysis of Primary Sources</li><li>Multimedia Presentations</li><li>Oral Presentations</li></ul> |

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| | | • Universal Negro Improvement Association | | |
| **Unit 4: Movements and Debates: 1940s-2000s** | 7 Weeks, 90 min Year A/B Block | • Négritude and Negrismo Movements<br>• Anticolonialism and Black Political Thought | | **Formative Assessments: Various** assignments including, but not limited to,...<br>• Test Question Creation<br>• Socratic Seminars<br>• Student-initiated research<br>• Free Response Question (FRQ)<br>• Article Reviews-Current & Past<br>• Project-based learning |
| | | • African Americans and the 2nd World War: The Double V Campaign and the GI Bill | *African American experiences in South Carolina during World War II | |
| | | • Discrimination, Segregation, and the Civil Rights Movement | *Impact of African Americans in South Carolina during the Modern Civil Rights Movement,<br>*Sally Mae Fleming<br>*Briggs V. Elliot Case<br>*Desegregation of LexRich 5 Schools | |

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessment |
|---|---|---|---|---|
| | | <ul><li>Redlining and Housing in African American Communities</li><li>Major Civil Rights Organizations</li><li>Black Women's Leadership and Grassroots Organizing in the Civil Rights Movement</li><li>Arts, Music, and the Politics of Freedom</li><li>Black Religious Nationalism and the Black Power Movement</li><li>Black Arts Movement</li><li>Black Panther Party</li><li>Black is Beautiful and Afrocentricity</li></ul> | *Penn Center in SC (training site for SCLC) | **Summative Assessments:** Various assignments including, but not limited to, ... <ul><li>Unit Exam will include:</li><li>Multiple Choice Questions (MCQ)</li><li>Document Based Questions (DBQ)</li><li>Examination and Analysis of Primary Sources</li><li>Multimedia Presentations</li><li>Oral Presentations</li><li>Cumulative Final Exam</li></ul> |

| Unit Name | Time Frame | Unit Topics | Inclusion of State and Local Topics | Assessments |
|---|---|---|---|---|
| | | • Black Feminist Movement, Womanism, and Intersectionality<br>• Economic Growth and Black Political Representation<br>• Demographic and Religious Diversity in Contemporary Black Communities<br>• Evolution of African American Music<br>• Black Life in Theater, TV, and Film<br>• African Americans and Sports<br>• Science, Medicine, and Technology in Black Communities<br>• Black Studies, Black Futures, and Afrofuturism | | • Final Project-Research & Presentation |

**End of Year Local History Activities-** partnership with Irmo Area Oral History Project