IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| South Carolina State Conference of the NAACP; Ibram X. Kendi; Ayanna Mayes; Mary Wood; T.R., a minor by and through their father and next friend, Todd Rutherford and J.S., a minor by and through their mother and next friend, Amanda Bradley,<br><br>     Plaintiffs,<br><br>vs.<br><br>Ellen Weaver in her official capacity as South Carolina Superintendent of Education; Lexington County School District Three; and School District Five of Lexington & Richland Counties,<br><br>     Defendants. | C/A No. 3:25-CV-487-SAL<br><br><br><br><br><br><br><br><br>**DEFENDANT SCHOOL DISTRICT FIVE OF LEXINGTON & RICHLAND COUNTIES' NOTICE OF FILING** |

  You will please take notice that Defendant School District Five of Lexington and Richland Counties hereby files the Declaration of Dr. Akil Ross, Sr. with exhibits A through K in this matter.

          Respectfully submitted,

          MOORE BRADLEY MYERS LAW FIRM, P.A.

      By: s/James Edward Bradley_____
         James Edward Bradley, Federal Bar #6330
         1700 Sunset Boulevard (29169)
         P.O. Box 5709
         West Columbia, SC  29171
         (803) 796-9160
         (803) 791-8410 (fax)
         ward@mbmlawsc.com
         Attorney for Defendant School District Five
         of Lexington & Richland Counties

West Columbia, South Carolina
April 18, 2025