## Policy GBK Staff Concerns, Complaints/Grievances

Issued 5/07

Purpose: To establish the basic structure for orderly and expeditious resolution of staff concerns, complaints and grievances.

### Introduction

In the interest of effective personnel management, the board recognizes the necessity for a procedure providing prompt and effective means of resolving differences that may arise among employees and between employees and administrators. Such procedure will be available to all permanent employees of the district. To fully assure consistency in regard to both horizontal and vertical lines of administrative authority, the district's current table of organization should be rigidly followed in the initial grievance complaint (Level One only).

A grievance will be defined as follows.

> ... A disagreement involving the work situation in which an individual or group of individuals believes that an injustice has been done because of lack of policy, or because of a policy that is unfair, deviation from or misapplication of interpretation of a policy. The development of a new salary schedule is not a grievance.

Any employee complaint or concern that does not meet the definition of a grievance as set forth in this policy will not be processed under this policy. District administration will have the discretion to determine how to handle such employee concerns or complaints.

The stated purpose of this procedure is to settle personnel grievances at a level as close as possible to their point of origin. Proceedings should be kept informal and confidential, whenever possible, with the objective of resolving the matter at the lowest possible administrative level.

It is important that grievances be settled as quickly as possible; therefore, there will be no extension of the prescribed time for moving through the grievance procedure except upon a compelling showing of good cause. Any request for an extension of time will be to the district chief human resource services officer, whose decision about the request for extension will be final.

### Level One

*Step 1*

Any employee having a grievance will within 10 working days of the incident/issue resulting in the grievance first orally discuss such grievance with his/her immediate supervisor.

*Step 2*

If discussion at Step 1 does not resolve the matter to the satisfaction of the employee, such employee will have the right to present the grievance in writing to the building principal or site supervisor. This must be done within 10 working days after completing Step 1 above. Failure to do so will mean that the grievance no longer exists. The written grievance will consist of a concise statement of the facts upon which the grievance is based and a reference to the specific provision of the policy in question. A copy of such grievance will be filed with the district chief human resource services officer. The employee will have the right to include in the appeal a request for a hearing before the building principal or site supervisor. Such a hearing will be conducted within 10 working days after the principal's or site supervisor's receipt of such

request, and the aggrieved employee will be advised in writing of the time, place and date of such hearing.

The building principal or site supervisor will take action on the grievance within 10 working days after the receipt thereof or, if a hearing is requested, within 10 working days after the conclusion of said hearing. The action taken and the reasons for the action will be reduced to writing by the building principal or site supervisor and copies sent to the grievant and the district chief human resource services officer.

### Level Two

#### *Step 1*

If the decision of the building principal or site supervisor does not resolve the grievance to the satisfaction of the employee, or if no decision is made within the allotted time, the grievant may appeal in writing to the district chief human resource services officer. Failure to file such appeal within 10 working days from the grievant's receipt of the written memorandum of the principal's or site supervisor's decision will be deemed a waiver of the right of appeal. The employee will have the right to include in the appeal a request for a hearing before the chief human resource services officer. Such a hearing will be conducted within 10 working days after the chief human resource services officer's receipt of such request, and the aggrieved employee will be advised in writing of the time, place and date of such hearing.

The chief human resource services officer will take action on the grievance within 10 working days after the receipt thereof or, if a hearing is requested, within 10 working days after the conclusion of said hearing. The decision and the reasons thereof will be reduced to writing and copies sent to the grievant and the building principal or site supervisor.

#### *Step 2*

If the decision of the chief human resource services officer does not resolve the grievance to the satisfaction of the employee, or if no decision is made within the allotted time, the grievant may appeal in writing to the superintendent and in the appeal may request that the superintendent schedule a hearing on the matter. Failure to file such an appeal within 10 working days from the grievant's receipt of the written memorandum of the chief human resource services officer's decision will be deemed a waiver of the right of appeal.

If the employee requests to be heard by the superintendent, the superintendent will schedule a hearing within 10 working days after receipt of the appeal.

The superintendent will render a decision on the matter within 10 working days after receipt of the appeal or, if a hearing is requested, within 10 working days after the conclusion of said hearing. The decision and the reasons thereof will be reduced to writing and copies sent to the grievant and the building principal or site supervisor and the chief human resource services officer.

### Level Three

#### *Step 1*

If the action taken by the superintendent does not resolve the grievance to the satisfaction of the grievant, he/she may request in writing that the superintendent notify the board of trustees of the grievant's wish to be heard by the board. Any such request must include a brief statement of the questions to be presented to the board, including specific reference to the applicable policy or

GBK

policies. Failure to file such a request with the superintendent within 10 working days after receipt of the superintendent's decision on the grievance will cause the decision of the superintendent to become the final judgment in the matter.

Upon receiving the grievant's request to be heard by the board, the superintendent will, at the next regularly scheduled meeting of the board, deliver in executive session to the board the grievant's request to be heard together with copies of all correspondence and decisions from Levels One and Two. After examining these materials, the board may or may not grant the request.

Written notice of the board's decision on whether to grant the request will be rendered within 15 calendar days of the board's receipt of the request. If the board decides to hear the matter, it will, if at all possible, make every effort to schedule the hearing at the next regularly scheduled meeting of the board; the grievant will be given written notice of the date, time and place of such a hearing. Copies of the board's decision will be sent to the grievant, superintendent and building principal or site supervisor and the chief human resource services officer.

### *Step 2*

Grievance hearings before the board will be non-adversarial and as informal as possible. Any hearing by the board will be held in executive session unless it is requested in writing by the grievant that it be held in public session. The hearing will proceed with the grievant presenting his/her position first, followed by a response from the district administration. The grievant will not have the right to call witnesses during his/her presentation, but will be permitted to provide witness statements and any other documents for the board's consideration. Following the presentations, the board will deliberate upon the matter in executive session and will then make a decision on the grievance in open session. The board's decision will also be sent in writing to the grievant and to the superintendent within 10 working days following the grievance hearing.

## General provisions

All notices to be given under this procedure by the district administration should be served by certified mail, return receipt requested.

At Level One/Step 1 there will be no representation. At Level One/Step 2 the grievant may be represented by a colleague or friend also employed by the district. At Level Two the grievant may have representation of his/her choosing exclusive of legal counsel. At Level Three the grievant and administration may be formally represented for the first time by legal counsel. Such a counselor must be admitted to the practice of law in South Carolina and a member in good standing of the South Carolina State Bar. The district will not provide counsel for the grievant. If the grievant chooses to be represented by legal counsel at Level Three, written notice to the superintendent of that intent must be given not later than 15 calendar days prior to the scheduled date of the hearing before the board. Failure to give such notice could result in postponement of the hearing.

No person will be the object of administration reprisal, sanction or penalty of any kind for either activating or participating in the grievance procedure.

Any grievance involving potential violation of the Americans with Disabilities Act (ADA) should be referred to the Americans with Disabilities Act coordinator.

Adopted 8/15/77; Revised 5/3/93, 5/29/07

**School District Five of Lexington and Richland Counties**