**Exhibit B**

**Policy IB Academic Freedom**

Issued 9/11

Purpose: To establish the board's vision for academic freedom in the district.

The board believes that academic freedom is essential to the fulfillment of the purposes of the school system. Board policy must protect teachers from any censorship or restraint which might hinder their duty to perform their classroom functions. The district will maintain an atmosphere of academic freedom in the schools. Therefore, the board sets out the following positions on academic freedom.

- Citizens of our American democracy must be able to listen to all sides of a controversial issue. They must be able to sort out the facts and to arrive at independent conclusions. The schools must expose students to current issues which are within their intellectual grasp.
- Teachers will not attempt, directly or indirectly, to limit or control students' judgement concerning any issue. Teachers will make certain that full and fair consideration is given to the subject and that facts are carefully examined as to their accuracy and interpretation.
- The community has a right to expect that teachers will present controversial issues in a fair and unbiased manner. The community also has a right to communicate concerns regarding these matters through proper channels to the board.
- Teachers will consult with the administration on the appropriateness of discussing any planned controversial issues with students.

Adopted 9/12/11

**School District Five of Lexington and Richland Counties**