**Exhibit D**

**Record of Voting**

**SCHOOL DISTRICT FIVE OF LEXINGTON AND RICHLAND COUNTIES**

Meeting of March 24, 2025

| | | BARNHARDT | BAYNHAM | HERRING | HUDDLE | SATTERFIELD | SCULLY | SNIPES |
|---|---|---|---|---|---|---|---|---|
| 1. | M. Scully    S. Satterfield<br>I make the motion that we approve the Agenda. | X | X | X | A | X | X | X |
| 2. | M. Scully    S. Satterfield<br>I make the motion to enter executive session to consider the following: a.) Selected employment items (Exhibit A) (Action); b.) 2025-2026 Reappointments (Exhibit B) Action; c.) Selected employment items (Exhibit C) (Information Only); d.) Contractual matter regarding Professional Development Services (Exhibit D); e.) Review of student matter – Board Policy JII "Student Concerns, Complaints and Grievances (Exhibit N) | X | X | X | A | X | X | X |
| 3. | M. Scully    S. Herring<br>I move that the Board approve the minutes of the March 10, 2025, board workshop. | X | X | X | A | X | X | X |
| 3. | M. Scully    S. Satterfield<br>I move that the Board approve the minutes of the March 10, 2025, board meeting. | X | X | X | A | X | X | X |
| 4. | M. Scully    S. Herring<br>I move that the Board approve the selected employment items as shown in Exhibit A. | AB | X | X | A | X | X | X |

A = Absent
AB = Abstain
N = No
X = Yes
R = Recuse

**SCHOOL DISTRICT FIVE OF LEXINGTON AND RICHLAND COUNTIES**

Meeting of March 24, 2025

| | BARNHARDT | BAYNHAM | HERRING | HUDDLE | SATTERFIELD | SCULLY | SNIPES |
|---|---|---|---|---|---|---|---|
| 5. M. Scully    S. Herring<br><br>I make the motion to approve the 2025-2026 reappointments As shown in exhibit B for action.<br><br>Mr. Kevin Scully voted in favor of the motion; however, he abstained from voting for his wife.<br><br>Mr. Mike Satterfield voted in favor of the motion, however, he abstained from voting for his daughter. | AB | X | X | A | X | X | X |
| 6. M. Scully    S. Herring<br><br>I make a motion to approve the contractual matter regarding professional development services as shown in Exhibit D – subject to the amendments discussed in executive session. | X | X | X | A | X | X | X |
| 7. M. Scully    S. Herring<br><br>I move that we approve the Second and Final Reading of Bond Resolution as shown in Exhibit F and FY2026 Capital Projects Funded Through 8% Bond Issuance as shown in Exhibit G. | X | X | X | A | X | X | X |
| 7. M. Scully    S. Herring<br><br>I move that we approve the first reading of proposed revisions to Board Policy DB "Annual Budget" shown in Exhibit H. | N | N | X | A | X | X | X |
| 7. M. Scully    S. Herring<br><br>I move that we approve the first reading of proposed revisions to Board Policy DFAB "Reserve Funds" as shown in Exhibit I. | N | N | X | A | X | X | X |

A = Absent
AB = Abstain
N = No
X = Yes
R = Recuse

| SCHOOL DISTRICT FIVE OF LEXINGTON AND RICHLAND COUNTIES<br>Meeting of March 24, 2025 | BARNHARDT | BAYNHAM | HERRING | HUDDLE | SATTERFIELD | SCULLY | SNIPES |
|---|---|---|---|---|---|---|---|
| 7. M. Scully     S. Herring<br><br>I move that we approve the Statement of Work for Internal Auditing Services as shown in Exhibit J.<br><br>Mrs. Elizabeth Barnhardt provided information for Mrs. Cathy Huddle to be attached to the minutes. | X | X | X | A | X | X | X |
| 8. M. Barnhardt     S. Baynham<br>Adjourn at 9:06 p.m. | X | X | X | A | X | X | X |

A = Absent
AB = Abstain
N = No
X = Yes
R = Recuse

Minutes/March 24, 2025

The Board of Trustees of School District Five of Lexington and Richland Counties met at the Center for Advanced Technical Studies with the following members present:

    Mrs. Elizabeth Barnhardt
    Mr. Jason Baynham
    Dr. Scott Herring, Secretary
    Mrs. Catherine Huddle
    Mr. Mike Satterfield
    Mr. Kevin Scully, Vice-Chair
    Mrs. Kimberly Snipes, Chair
    Dr. Akil E. Ross, Sr., Superintendent

The following staff were in attendance:

    Dr. Gerald Gary, Chief Operations Officer
    Dr. Michael Harris, Chief Student Services and Planning Officer
    Mrs. Tina McCaskill, Chief Academics Officer
    Mrs. Amanda Taylor, Director of Communications
    Mrs. Heather Tucker, Chief Financial Officer
    Dr. Tamara Turner, Chief Human Resources Officer

Chair Snipes called the regular meeting to order at 7:00 p.m. and gave welcoming remarks.

Mike Satterfield, Board of Trustees, gave the Invocation and Pledge of Allegiance.

The Board conducted the School Board Spotlight

During the Superintendent's Report, Dr. Ross shared updates on the 2022-2027 Strategic Plan, the General Budget Timeline, the 2026-2027 Rezoning Timeline, and Administrative Priorities (Classroom Supports with Generative AI). Mrs. Heather Tucker, Chief Financial Officer, presented a Finance Monthly Report for January (Exhibit E). Dr. Gerald Gary, Chief Operations Officer, and Mr. Allen Knotts, Director of Facilities Operations, presented an Operations Quarterly Report.

During the public participation, Allison Diaz spoke about Chapin High School sports, and Kim Murphy spoke about Tax Anticipation Notes.

**The Board presented for discussion:**
- Discussion of Strategic Plan Amendments for 2022-2027 (Exhibit K)
- Discussion of Board Policy KF "Community Use of School Facilities" (Exhibit L)
- Discussion of Administrative Rule KF-R "Community Use of School Facilities," Discussion of Board Exhibit KF-E(1) "Hourly Fee Schedule for Use of District Five Facilities" and Board Exhibit KF-E(2) "Hourly Fee Schedule for District Outdoor Facilities (Exhibit M)

---

A = Absent
AB = Abstain
N = No
X = Yes
R = Recuse