Exhibit F

Code of Laws of South Carolina 1976 Annotated
Title 59. Education
Chapter 25. Teachers
Article 5. Employment and Dismissal (Refs & Annos)

Code 1976 § 59-25-440

§ 59-25-440. Written notice to teacher of possible dismissal; school administrator required to make reasonable effort to assist teacher in corrective measures; reasonable time for improvement required.

Currentness

Whenever a superior, principal, where applicable, or supervisor charged with the supervision of a teacher finds it necessary to admonish a teacher for a reason that he believes may lead to, or be cited as a reason for, dismissal or cause the teacher not to be reemployed he shall: (1) bring the matter in writing to the attention of the teacher involved and make a reasonable effort to assist the teacher to correct whatever appears to be the cause of potential dismissal or failure to be reemployed and, (2) except as provided in Section 59-25-450, allow reasonable time for improvement.

**Credits**

HISTORY: 1962 Code § 21-364; 1974 (58) 2343; 1976 Act No. 634, § 3.

Notes of Decisions (8)

Code 1976 § 59-25-440, SC ST § 59-25-440
Current through 2025 Act No. 1, subject to final approval by the Legislative Council, technical revisions by the Code Commissioner, and publication in the Official Code of Laws.

End of Document                                                    © 2025 Thomson Reuters. No claim to original U.S. Government Works.