# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; IBRAM X. KENDI; AYANNA MAYES; MARY WOOD; T.R., a minor by and through their father and next friend, TODD RUTHERFORD; and J.S., a minor by and through their mother and next friend, AMANDA BRADLEY, <br><br> Plaintiffs, <br><br> v. <br><br> ELLEN WEAVER in her official capacity as South Carolina Superintendent of Education; LEXINGTON COUNTY SCHOOL DISTRICT THREE; and SCHOOL DISTRICT FIVE OF LEXINGTON & RICHLAND COUNTIES, <br><br> Defendants. | Civil Action No. 3:25-cv-487-SAL |

**INDEX OF EXHIBITS TO DEFENDANTS WEAVER'S AND LEXINGTON COUNTY SCHOOL DISTRICT THREE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---|---|
| A | Declaration of Angie Rye |
| B | Declaration of Sonya Bryant |
| C | Declaration of Julie Ruff |
| D | Declaration of Charlene High |
| E | Declaration of Randy Fox |
| F | Expert Declaration of Prof. David Bernstein |
| G | Declaration of Matthew Ferguson |

*-signature to follow-*

          NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s Miles E. Coleman
    Miles E. Coleman (Fed. Bar No. 11594)
    E-Mail: miles.coleman@nelsonmullins.com
    William A. Neinast (Fed. Bar No. 13172)
    E-Mail: will.neinast@nelsonmullins,com
    2 W. Washington Street / Suite 400
    Greenville, SC 29601
    (864) 373-2300

*Attorneys for Ellen Weaver, in her official capacity as South Carolina Superintendent of Education, and Lexington County School District Three*

Greenville, South Carolina
April 25, 2025