*South Carolina State Conference of The NAACP, et al. v. Ellen Weaver in her official capacity as South Carolina Superintendent of Education, et al.*

Civil Action No.: 3:25-cv-487-SAL

# Exhibit A

**to Defendants Weaver's and Lexington County School District Three's Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction**

**Declaration of Angie Rye**

I, **ANGIE RYE**, declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Angie Rye. I am over the age of 18 and am competent to make this declaration. I am a citizen and resident of South Carolina. The facts stated herein are true of my own personal knowledge, and if called to testify, I would so testify.

2. Prior to my retirement in June, 2023, I was the Chief Academic Officer at Lexington County School District Three ("District Three" or the "District"), where I worked for nearly 16 years. Before that, I worked in Lexington School District Four for 15 years, where, among other roles, I served for 8 years as the Principal of Sandhills Middle School.

3. I have a Bachelor's degree in Elementary Education and Teaching from Winthrop University and a Master's degree in Educational Administration and Supervision from the University of South Carolina.

4. I have extensive professional training and experience in the operation and administration of public schools and the selection and development of curriculum, classroom materials, supplemental materials, and school resources.

5. In my role as the Chief Academic Officer of District Three, I was the Chair of the committee that was formed in November 2022 pursuant to District policy to review the book Stamped: Racism, Antiracism, and You ("Stamped") to determine whether to include the book in circulation in the District's libraries or media centers.

April 17, 2025

Page 2

6. As part of the committee's work, I read Stamped and assessed its educational suitability, including but not limited to its validity, accuracy, and objectivity.

8. In deciding how to vote on Stamped, I considered the rights, freedom, and responsibilities of District Three's students, parents/legal guardians, and teachers, and I relied on my own independent evaluation of the book and its educational suitability.

9. After completing its review, the committee unanimously recommended that Stamped be removed from the District's libraries and media centers due to its lack of accuracy and objectivity.

10. My decision, as well as the committee's discussion of Stamped, focused explicitly on the fact that Stamped is a non-fiction book that discusses or describes historical events (particularly in American history) but includes misrepresentations or omissions of fact that make some of those assertions or descriptions objectively inaccurate or misleading.

11. I do not object to including books or other materials in District Three's curriculum and school libraries regarding race, racism, antiracism, slavery, the civil rights movement, and historic or contemporary issues and perspectives about racial justice if those books or materials are intellectually appropriate, age appropriate, and educationally suitable (which, in the case of nonfiction books especially, includes their objective accuracy and validity) for the students of the District.

12. My decision to vote to remove Stamped from the libraries and media centers of District Three was based not on any disagreement with or opposition to the topics discussed in the book or the viewpoints of the authors, but was based on my analysis of the factual errors and omissions in Stamped and my conclusion that, as a result of these factual errors and omissions, the book is not intellectually appropriate or educationally suitable for students in the District.

13. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17th day of April, 2025.

_Angie Rye_
Angie Rye