*South Carolina State Conference of The NAACP, et al. v. Ellen Weaver in her official capacity as South Carolina Superintendent of Education, et al.*

Civil Action No.: 3:25-cv-487-SAL

# Exhibit B

**to Defendants Weaver's and Lexington County School District Three's Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction**

**Declaration of Sonya Bryant**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; IBRAM X. KENDI; AYANNA MAYES; MARY WOOD; T.R., a minor by and through their father and next friend, TODD RUTH-ERFORD; and J.S., a minor by and through their mother and next friend, AMANDA BRADLEY, <br><br>                    Plaintiffs, <br><br> v. <br><br> ELLEN WEAVER in her official capacity as South Carolina Superintendent of Education; LEXINGTON COUNTY SCHOOL DISTRICT THREE; and SCHOOL DISTRICT FIVE OF LEXINGTON & RICHLAND COUNTIES, <br><br>                    Defendants. | Civil Action No. 3:25-cv-487-SAL |

## DECLARATION OF SONYA BRYANT

I, **Sonya Bryant,** declare pursuant to 28 U.S.C. § 1746 as follows:

1. My name is Sonya Bryant. I am over the age of 18 and am competent to make this declaration. I am a citizen and resident of South Carolina. The facts stated herein are true of my own personal knowledge, and if called to testify, I would so testify.

2. I am the assistant superintendent for personnel and instruction at Lexington County School District Three where I have worked since 2023. I served as high school principal in Lexington Three from 2017 until 2023. I previously spent 24 years as a teacher and administrator at Lexington County School District Three, Spartanburg School District Five and Laurens School District 55.

3. I have a Bachelor's degree in secondary education from the University of South Carolina at Aiken, a Master's degree in educational leadership from Clemson University, and an Education Specialist Degree from the University of South Carolina.

4. I have professional training and experience in the use and selection of public school instructional materials and supplemental texts.

Declaration of Sonya Bryant
April 17, 2025
Page 2

5. I was a member of the committee formed in November 2022 by Lexington County School District Three to evaluate whether *Stamped: Racism, Antiracism, and You* ("*Stamped*") should be included in the District's libraries and media centers.

6. my role as a committee member, I read *Stamped* to evaluate its educational suitability, including its accuracy, objectivity, and validity. I also considered the rights and responsibilities of the District's employees, students, and families.

7. After the committee's evaluation and discussion, I voted to recommend that *Stamped* be removed from the District's libraries and media centers. My vote was based on my own assessment of *Stamped*'s lack of educational rigor and suitability.

8. My vote and the committee's recommendation were because even though *Stamped* is a nonfiction book, some of its discussions of historical facts or events were inaccurate, misleading, or incomplete; therefore, the book is unsuitable for use in a school library.

9. I do not oppose or object to the libraries and classrooms of District Three including books discussing slavery, racism, racial inequality, segregation, the civil rights era, or issues of racial injustice in America, as long as they are accurate and suitable for use in an educational and pedagogical setting.

10. I voted to recommend the removal of *Stamped* from District Three's libraries and media centers because the book lacked accuracy, validity, and objectivity, not because I oppose or disagree with the book's subject matter or perspective.

11. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17th day of April, 2025.

_____
Sonya Bryant