**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; IBRAM X. KENDI; AYANNA MAYES; MARY WOOD; T.R., a minor by and through their father and next friend, TODD RUTHERFORD; J.S., a minor by and through their mother and next friend, AMANDA BRADLEY,<br><br>      Plaintiffs,<br><br>v.<br><br>ELLEN WEAVER in her official capacity as South Carolina Superintendent of Education; SCHOOL DISTRICT FIVE OF LEXINGTON & RICHLAND COUNTIES; and LEXINGTON COUNTY SCHOOL DISTRICT THREE,<br><br>      Defendants. | Case No. 3:25-cv-487-SAL<br><br>**MOTION TO REQUEST STATUS CONFERENCE** |

  Plaintiffs, through their undersigned counsel, respectfully request a telephone status conference, at the Court's earliest convenience, to schedule a preliminary injunction hearing. On April 29, 2025, Defendant School District Five of Lexington & Richland Counties filed a Motion to File Surreply and Proposed Surreply (ECF 54), which the Court granted on May 1, 2025 (ECF 56). Plaintiffs filed their Response to that motion on April 30, 2025 (ECF 55). Plaintiffs' motion for preliminary injunction (ECF 30) is fully briefed and ripe for disposition.

Plaintiffs consulted with counsel for Defendants Ellen Weaver and Lexington County School District Three as well as counsel for Defendant School District Five of Lexington and Richland Counties. Neither consent to this motion.

Dated: May 2, 2025

Respectfully Submitted,

*/s/ Santino Coleman*
Santino Coleman,** Fed. ID 11914
Charles McLaurin*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
700 14th Street N.W., Ste. 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
scoleman@naacpldf.org
cmclaurin@naacpldf.org

Maia Cole*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC
40 Rector St., 5th Floor
New York, NY 10006
Tel: (212) 965-2200
mcole@naacpldf.org

Tyler D. Bailey, Fed. ID 12294
BAILEY LAW FIRM, LLC
1430 Richland St.
Columbia, SC 29201
Tel: (803) 667-9706
tyler@baileylawfirmsc.com

*Admitted pro hac vice*
*\*\* Mailing address only (working remotely)*
**COUNSEL FOR PLAINTIFFS**