IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; IBRAM X. KENDI; AYANNA MAYES; MARY WOOD; T.R., a minor by and through their father and next friend, TODD RUTHERFORD; J.S., a minor by and through their mother and next friend, AMANDA BRADLEY,<br><br>              *Plaintiffs*,<br><br>v.<br><br>ELLEN WEAVER in her official capacity as South Carolina Superintendent of Education; SCHOOL DISTRICT FIVE OF LEXINGTON & RICHLAND COUNTIES; and LEXINGTON COUNTY SCHOOL DISTRICT THREE,<br><br>              *Defendants*. | Case No. 3:25-cv-487-SAL<br><br><br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

      Plaintiffs South Carolina State Conference of the NAACP, Ibram X. Kendi, Mary Wood, Ayanna Mayes, Todd Rutherford on behalf of his minor child T.R., and Amanda Bradley on behalf of her minor child J.S. (collectively "Plaintiffs"), by and through their attorney, hereby request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201 and applicable case law[1],

---

[1] *Phillips v. Pitt Cnty. Mem'l Hosp.*, 572 F.3d 176, 180 (4th Cir. 2009) (holding that courts "may properly take judicial notice of matters of public record"); *Hall v. Virginia*, 385 F.3d 421, 424 & n.3 (4th Cir. 2004) (taking judicial notice of voting-age population statistics from the official redistricting website of the Virginia Division of Legislative Services); *Ehrlich v. Cent. Transp., LLC*, 2014 WL 1404701, at *3 (N.D. W. Va. Apr. 10, 2014) (taking judicial notice of electronically available Social Security Administration standard mortality table); *see Guthrie v.*

1

of the April 12, 2025 Meeting Minutes of the South Carolina Education Oversight Committee ("Education Meeting Minutes"), attached hereto as Exhibit A.

The Education Meeting Minutes were made publicly available after Plaintiffs' Motion for Preliminary Injunction was fully briefed. *See* Pls.' Consol. Reply in Supp. Of Prelim. Inj., ECF No. 53 ("Pl. Reply"). The minutes confirm the state Education Oversight Committee's understanding that the new standards from the social studies cyclical review process will not be implemented until 2027. Plaintiffs request that the Court take judicial notice of the Education Meeting Minutes, which support the review process timeline described in Plaintiffs' Reply. *See* Pl. Reply, ECF No. 53, at 7-8.

The Defendants do not oppose this filing but reserve the right to file a brief Response to it.

---

*McClaskey*, 2012 WL 5494457, at *2–3 (W.D. Va. Nov. 13, 2012) (taking judicial notice of a ruling from the Virginia Department of Employment Dispute Resolution).

Dated: July 3, 2025                              Respectfully submitted,

*[TK]*
Tyler D. Bailey, Fed. ID 12294
BAILEY LAW FIRM, LLC
1430 Richland St.
Columbia, SC 29201
Tel: (803) 667-9706
tyler@baileylawfirmsc.com

Charles McLaurin*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th Street N.W., Ste. 600
Washington, D.C. 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
cmclaurin@naacpldf.org

Maia Cole*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
Tel: (212) 965-2200
mcole@naacpldf.org

*Admitted pro hac vice*
**COUNSEL FOR PLAINTIFFS**