AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of <u>South Carolina</u>

| | |
|---|---|
| South Carolina State Conference of the NAACP; Ibram X. Kendi; Mary Wood; T.R., a minor by and through their father and next friend, Todd Rutherford; J.S., a minor by and through their mother and next friend, Amanda Bradley; Ayanna Mayes,<br><br>*Plaintiffs*<br>v.<br>Ellen Weaver, in her official capacity as South Carolina Superintendent of Education; Lexington County School District Three; School District Five of Lexington & Richland Counties,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   3:25-487-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   The plaintiffs, shall take nothing from the defendants, Ellen Weaver, Lexington County School District Three, and School District Five of Lexington & Richland Counties, as to the complaint filed pursuant to 42 U.S.C. § 1983, and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ Decided by the Honorable Sherri A. Lydon, United States District Judge, presiding, having granted the defendants' motions to dismiss.

Date:   September 8, 2025

*CLERK OF COURT*

s/Karen G Boston

*Signature of Clerk or Deputy Clerk*